UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

JOHANSEL MARTE,

            Petitioner,

-against-

SUPT. THOMS,

            Respondent.

1:19-cv-11886-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    On or before November 16, 2023, Respondent is directed to provide the Court with the security video footage referenced in ECF No. 13.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Petitioner at the address of record.

**SO ORDERED.**

Date: **November 13, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**