USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHANSEL MARTE,

              Plaintiff,

-against-

SUPT. THOMS,

              Defendant.

1:19-cv-11886-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On or before noon on November 20, 2023, Respondent is directed to re-file on the docket in this case the state court trial transcripts, including the testimony of Johansel Marte-Tejada.

**SO ORDERED.**

**Date:  November 16, 2023**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge