**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHANSEL MARTE,

                    Petitioner,           19 **CIVIL** 11886 (MKV)

      -against-                           **JUDGMENT**

SUPERINTENDENT THOMS,

                    Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 27, 2023, the petition for a writ of habeas corpus is DENIED. The Court declines to issue a certificate of appealability because Marte has failed to make a substantial showing of a denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**DATED:** New York, New York
             November 27, 2023

                                                         **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                **BY:**
                                                           **Deputy Clerk**